UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KIMBERLEY INGRAM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**JAMESTOWN IMPORT AUTO SALES, INC. d/b/a KIA OF JAMESTOWN**,<br><br>*Defendant.* | Case No. 1:22-cv-00309-WMS-LGF<br><br>**CLASS ACTION** |

**PLAINTIFF'S NOTICE OF MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Kimberley Ingram, on behalf of herself and a settlement class of similarly situated persons, respectfully provides notice of motion and moves for entry of an order granting preliminary approval of the class action settlement set forth in the Parties' Settlement Agreement ("Settlement Agreement" or "Agreement"), certifying a class for settlement purposes, and providing for issuance of Notice to the Settlement Class.  If approved, the Settlement will bring an end to what has otherwise been, and likely would continue to be, contentious litigation centered on unsettled legal questions.

The motion and memorandum of law seek the entry of an order providing for:

1. Preliminary approval of the Settlement;

2. Provisional certification of the Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(3) and (e) for settlement purposes only and appointment of the Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

3. Approval of the Settlement Administrator;

1

4. Approval of the form and content of the Notice program describing:

    a. The Settlement and the Settlement Class members' rights with respect to the Settlement;

    b. The proposed Release of claims;

    c. Class Counsel's request for attorneys' fees and expenses, and a Service Award for the Class Representative; and

    d. The procedure for opting-out of or objecting to the Settlement.

5. Approval of the Claims process;

6. Staying the Action pending Final Approval of the Settlement; and

7. Scheduling of a Final Approval Hearing to consider Final Approval of the Settlement.

Respectfully submitted,

Dated: December 2, 2022

By: *s/Andrew Shamis*
Andrew Shamis, Esq.
New York Bar No. 5195185
**SHAMIS AND GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: ashamis@shamisgentile.com
*Attorneys for Plaintiff and the Proposed Class*

By: *s/ Ignacio Hiraldo*
Ignacio Hiraldo, Esq.
**IJH Law**
1200 Brickell Ave.
Suite 1950
Miami, FL 33131
E: IJhiraldo@IJhlaw.com
T: 786-496-4469
*Pro Hac Vice*

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
**HIRALDO P.A.**

3

        Florida Bar No. 030380
        401 E. Las Olas Blvd., Suite 1400
        Fort Lauderdale, FL 33301
        T:  954-400-4713
        E: mhiraldo@hiraldolaw.com
        *Pro Hac Vice*

        <u>By*: /s/ Michael Eisenband*</u>
        Michael Eisenband, Esq.
        **EISENBAND LAW P.A.**
        Florida Bar No. 94235
        515 E. Las Olas Blvd., Suite 120
        Fort Lauderdale, FL 33301
        T:  954-533-4092
        E: MEisenband@Eisenbandlaw.com
        *Pro Hac Vice*

        ***Attorneys for Plaintiff and the Putative Class***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

        <u>*/s/Michael Eisenband*</u>

4