UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KIMBERLEY INGRAM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**JAMESTOWN IMPORT AUTO SALES, INC. d/b/a KIA OF JAMESTOWN**,<br><br>*Defendant.* | Case No. 1:22-cv-00309-WMS-LGF<br><br>**CLASS ACTION** |

## PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Kimberley Ingram, on behalf of herself and a settlement class of similarly situated persons, respectfully provides notice of motion and moves for entry of an order granting final approval of the class action settlement set forth in the Parties' Settlement Agreement ("Settlement Agreement" or "Agreement"). If approved, the Settlement will bring an end to what has otherwise been, and likely would continue to be, contentious litigation centered on unsettled legal questions. A hearing is currently scheduled in this matter to take place on June 7, 2023 at 11:00 A.M at U.S. District Court for the Western District of New York at 2 Niagara Square, Buffalo, New York 14202 before the Hon. William M. Skretny.

The motion and memorandum of law seek the entry of an order providing for:

1. Directing payment be issued to Settlement Class Members in accordance with the terms of the Agreement;

2. Certifying the Settlement Class for purposes of settlement only;

3

3. Finding that the Notice provided was the best notice practicable and comported with due process requirements;

4. Appointing the named Plaintiff Kimberley Ingram as class representatives;

5. Appointing Ignacio Hiraldo, Andrew Shamis, Michael Eisenband, and Manuel Hiraldo as Class Counsel;

6. Finding that the terms of the Settlement were fair, adequate, and reasonable;

7. Releasing the Settling Parties and the Released Parties from Released Claims;

8. Barring and enjoining Releasing Parties from asserting Released Claims;

9. Entering judgment with prejudice and without costs except as provided in the Agreement;

10. Approving Class Counsel's application for attorneys' fees and costs and Plaintiffs' Service Awards in accordance with the Agreement; and

11. Reserving jurisdiction to administer, supervise, and enforce the Agreement according to its terms.

Dated: February 21, 2023

Respectfully submitted,

By: *s/ Andrew Shamis*
Andrew Shamis, Esq.
New York Bar No. 5195185
**SHAMIS AND GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: ashamis@shamisgentile.com
*Attorneys for Plaintiff and the Proposed Class*

By: *s/ Ignacio Hiraldo*
Ignacio Hiraldo, Esq.
**IJH Law**
1200 Brickell Ave.

4

>Suite 1950
>Miami, FL 33131
>E: IJhiraldo@IJhlaw.com
>T: 786-496-4469
>*Pro Hac Vice*
>
>By*: /s/ Manuel S. Hiraldo*
>Manuel S. Hiraldo, Esq.
>**HIRALDO P.A.**
>Florida Bar No. 030380
>401 E. Las Olas Blvd., Suite 1400
>Fort Lauderdale, FL 33301
>T:  954-400-4713
>E: mhiraldo@hiraldolaw.com
>*Pro Hac Vice*
>
>By*: /s/ Michael Eisenband*
>Michael Eisenband, Esq.
>**EISENBAND LAW P.A.**
>Florida Bar No. 94235
>515 E. Las Olas Blvd., Suite 120
>Fort Lauderdale, FL 33301
>T:  954-533-4092
>E: MEisenband@Eisenbandlaw.com
>*Pro Hac Vice*
>
>***Attorneys for Plaintiff and the Putative Class***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

>*/s/Michael Eisenband*

5