**UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KIMBERLEY INGRAM,** individually and on behalf of all others similarly situated, | **Case No. 1:22-cv-00309-WMS-LGF** |
| *Plaintiff,* | |
| *v.* | **CLASS ACTION** |
| **JAMESTOWN IMPORT AUTO SALES, INC.** **d/b/a KIA OF JAMESTOWN**, | |
| *Defendant.* | |

**DECLARATION IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND**
<u>**CERTIFICATION OF SETTLEMENT CLASS**</u>

Manuel S. Hiraldo declares as follows:

1.  I am one of the attorneys designated as Class Counsel for Plaintiff under the Settlement Agreement and Release ("Settlement" or "Agreement") entered into with Defendant.[1] I submit this declaration in support of Plaintiff and Class Counsel's Unopposed Motion for Preliminary Approval of Class Settlement and Certification of Settlement Class. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.  The Parties' proposed Settlement is exceedingly fair, and well within the range of preliminary approval for several reasons.

---

[1] All capitalized defined terms used herein have the same meanings ascribed in the Agreement.

1

3.     The Settlement was reached only after extensive negotiations between the Parties which started on or about August 16, 2022 and concluded with the help of a Mediator, Hon. Morton Denlow.

4.     Through the help of the Mediator Hon. Morton Denlow, an agreement in principle was reached on October 3, 2022.

5.     Settlement was not conditioned on any amount of attorneys' fees for Class Counsel which speaks to the fundamental fairness of the process.

6.     A preliminary review of the factors related to the fairness, adequacy and reasonableness of the Settlement demonstrates that it fits well within the range of reasonableness, such that Preliminary Approval is appropriate.

7.     Prior to and during, mediation with Judge Denlow the parties exchanged formal and informal discovery relevant to the key issues in this litigation, including Defendant's consent defense and the class size.

8.     Plaintiff and Class Counsel believe that the claims asserted are meritorious and that Plaintiff would prevail if this matter proceeded to trial. Defendant argues that Plaintiff's claims are unfounded, denies any liability, and has shown a willingness to litigate vigorously.

9.     The Parties concluded that the benefits of the Settlement outweigh the risks and uncertainties attendant to continued litigation that include, but are not limited to, the risks, time and expenses associated with completing trial and any appellate review.

10.     The Settlement here is the result of extensive negotiations between experienced attorneys who are familiar with class action litigation and with the legal and factual issues of this Action.

11.     Class Counsel are particularly experienced in the litigation, certification and settlement of nationwide class action cases. *See* Firm Resumes attached as **Exhibit 1**.

12.     Class Counsel zealously represented their client throughout the litigation.

13.     Class Counsel conducted a thorough analysis of Plaintiff's claims.

14.     Class Counsel are confident in the strength of Plaintiff's case, but are also pragmatic in their awareness of the various defenses available to Defendant, and the risks inherent in trial and post-judgment appeal.

15.     Class Counsel appropriately determined that the benefits of the settlement outweigh the risks and uncertainties attendant to continued litigation.

16.     There can be no doubt that this Settlement is a fair and adequate.

17.     There can be no doubt that this Settlement is a fair and reasonable recovery in light of Defendant's defenses, the uncertainty of class certification, and the challenging and unpredictable path of litigation Plaintiff and all Settlement Class members would face absent a settlement.

18.     The Settlement is the best vehicle for Settlement Class Members to receive the relief to which they are entitled in a prompt and efficient manner.

19.     The settlement provides Class members with immediate automatic monetary relief without the risks and delays associated with class certification, summary judgment, trial, and post-judgment appeals.

20.     Due to their significant experience in TCPA class action litigation, Class Counsel were extremely well-positioned to confidently evaluate the strengths and weaknesses of Plaintiff's claims and prospects for success at trial and on appeal.

*     *     *

I declare under penalty of perjury of the laws of Florida and the United States that the foregoing is true and correct, and that this declaration was executed in Fort Lauderdale, Florida, on December 1, 2022.

/s/ Manuel S. Hiraldo
Manuel S. Hiraldo

5

**EXHIBIT 1**



# Manuel S. Hiraldo

Mr. Hiraldo has extensive experience in all aspects of litigation in state and federal courts, including motion practice, oral argument, discovery, mediation, trial, and appellate practice.

Prior to opening Hiraldo P.A., Mr. Hiraldo was Of Counsel at Blank Rome LLP. His practice focused on defending loan originators and servicers in consumer claims under the Telephone Consumer Protection Act, the Real Estate Settlement Procedures Act, the Fair Credit Reporting Act, the Fair Debt Collection Practices Act, and state collection and deceptive trade practices statutes.

**Practice Areas**
Commercial Litigation
Financial Services Litigation
Class Actions
Appellate Litigation
Real Estate Litigation
Construction Defect
Wrongful Death
Catastrophic Injury

**Education**
J.D., Emory University School of Law – 2006
BBA, Emory University, Goizueta Business School – 2003

**Experience**
Hiraldo P.A.: 2016 – present
Blank Rome LLP: 2011 – 2016
Rumberger, Kirk & Caldwell, P.A.: 2008 – 2011
Wicker, Smith, O'Hara, McCoy & Ford, P.A.: 2006 – 2008

**Recognitions**
2012 – 2016, "Florida Rising Star" by Super Lawyers

**Court Admissions**
Florida
U.S. District Court - Middle District of Florida
U.S. District Court - Northern District of Florida
U.S. District Court - Southern District of Florida
United States Court of Appeals for the Eleventh Circuit

**Notable Cases**

- *Horn v. iCan Ben. Grp., Ltd. Liab. Co.,* 2018 U.S. Dist. LEXIS 98777 (S.D. Fla. 2018) ($60,413,112 Consent Judgment)

- *Goldschmidt v. Rack Room Shoes, Inc.*, 1:18-cv-212200-KMW (S.D. Fla. 2018) ($25,969,965 (cash) + $51,939,930 (purchase vouchers) Class Settlement) (pending final approval)

- *Pena v. Lexington Law Firm*, 1:18-cv-24407-UU (S.D. Fla. 2018) ($11,450,863 Class Settlement) (pending final approval)

- *Albrecht v. Oasis Power, LLC*, 1:18-cv-1061-HDL (N.D. Ill. 2018) ($7,000,000 Class Settlement) (pending final approval)

- *Eisenband v. Schumacher Automotive, Inc.*, 9:18-cv-80911-BB (S.D. Fla. 2018) ($5,000,000 Class Settlement)

- *Papa v. Grieco Ford Fort Lauderdale, LLC*, 1:18-cv-21897-JEM (S.D. Fla. 2018) ($4,800,000 Class Settlement)

- *Bloom v. Jenny Craig, Inc.,* Case No. 1:18-cv-21820-KMM (S.D. Fla. 2018) ($3,000,000 Class Settlement)

- *Jairam v. Colourpop Cosmetics, LLC,* Case No. 1:19-cv-62438-RAR (S.D. Fla. 2019) ($2,862,191 Class Settlement)

- *Picton v. Greenway Chrysler-Jeep-Dodge, Inc.*, Case No. 6:19-cv-00196-GAP (M.D. Fla. 2019) ($2,745,000 Class Settlement)

- *Banks v. Fuccillo Aff. of Fl., Inc.,* Case No. 2:19-cv-00227-JES-MRM (M.D. Fla. 2019) ($1,864,260 Class Settlement)

- *Dipuglia v. US Coachways, Inc.*, 2018 U.S. Dist. LEXIS 72551 (S.D. Fla. 2018) ($2,600,000 Class Settlement)

- *Mohamed v. Off Lease Only, Inc.*, Case No. 1:15-cv-23352-MGC ($1,450,750 Class Settlement)

- *Marengo v. Miami Resch. Assocs., LLC*, No. 1:17-cv-20459-KMW, 2018 U.S. Dist. LEXIS 122098 (S.D. Fla. 2018) ($1,236,300 Class Settlement)

- *Flores v. Village Ford, Inc.,* 2:19-cv-12368-LVP-RSW (E.D. Mich. 2019) ($1,050,000 Class Settlement) (pending final approval)

- *Wijesinha v. Susan B. Anthony List, Inc.*, 1:18-cv-22880-JEM (S.D. Fla. 2018) ($1,017,430 Class Settlement)

- *King v. Classic Chevrolet, Inc.,* 4:19-cv-00429-CVE-JFJ (N.D. Okla. 2019) ($850,000 Class Settlement) (pending final approval)

- *Masson v. Tallahassee Dodge Chrysler Jeep, LLC*, No. 17-22967-CIV-M ORE, 2018 U.S. Dist. LEXIS 77916 (S.D. Fla. 2017) ($850,000 Class Settlement)

- *Poirier v. Cubamax Travel, Inc.*, No. 1:18-cv-23240-CMA (S.D. Fla. 2018) ($808,000 Class Settlement)

- *McLean v. Osborn, D.O., PLLC,* No. 9:18-cv-81222-DMM (S.D. Fla. 2018) ($800,000 Class Settlement) (pending final approval)

- *Whitworth v. HH Entm't, Inc.*, No. 9:17-cv-80487-KAM, 2018 U.S. Dist. LEXIS 112223 (S.D. Fla. 2017) ($750,000 Class Settlement)

- *Gerstenhaber v. Galleria Fitness Club, LLC*, No. 1:18-cv-62108-CMA (S.D. Fla. 2018) ($600,000 Class Settlement)

- *Ramos v. Pandora, et al*, No. 0:17-cv-62100-FAM (S.D. Fla. 2017) ($525,000 Class Settlement) (pending final approval)



1200 Brickell Ave Suite 1950 • Miami, FL 33131 • ijhiraldo@ijhlaw.com

# Ignacio Javier Hiraldo, Esq.

Mr. Ignacio J. Hiraldo's practice focuses on consumer protection class action lawsuits. He has represented individuals and businesses in a wide range of matters in federal, state court, and administrative agency proceedings.

Mr. Hiraldo received his B.A. in Economics from the University of Chicago in 2005 and his J.D. from Harvard Law School in 2008. After graduating from Harvard Law School, Mr. Hiraldo began practicing law at the Washington, D.C. office of the international law firm Hogan Lovells, LLP. His practice included class action litigation, False Claims Act litigation, and white-collar investigations.

In 2011, Mr. Hiraldo joined the Washington, D.C. office of Buckley Sandler, LLP, a national consumer finance boutique. His practice focused on government enforcement defense, consumer finance regulatory and compliance consulting, and internal investigations.

In 2018, Mr. Hiraldo relocated to Miami, FL and founded IJH Law, focusing on consumer protection class action litigation. Mr. Hiraldo has been approved as class counsel by a number of Federal District Courts.

## Education

Harvard Law School, J.D. - 2008
The University of Chicago, B.A. in Economics, Dean's List - 2005

## Practice Areas

Commercial Litigation
Financial Services Litigation
Consumer Protection
Class Actions
White Collar Investigations
Government Enforcement and Investigations

## Experience

Hogan Lovells LLP, Washington, D.C. – 2008-2011
Buckley Sandler LLP, Washington, D.C. – 2011-2018
IJH Law, Miami, FL – 2018-Present

## Court Admissions

    Florida Bar – Bar No. 56031
    Washington DC Bar – Bar No. 485610
    United States Court of Appeals for the Eleventh Circuit
    U.S. District Court - Middle District of Florida
    U.S. District Court - Southern District of Florida
    U.S. District Court – Eastern District of Michigan
    U.S. District Court – Western District of Oklahoma
    U.S. District Court – Northern District of Ohio
    U.S. District Court – Northern District of Illinois
    U.S. District Court – District of Colorado

## Notable Cases

- *Horn v. iCan Ben. Grp., Ltd. Liab. Co.,* 9:17-cv-81027-RLR (S.D. Fla. 2018) ($60,413,112 Consent Judgment)

- *Wijesinha v. Susan B. Anthony List, Inc.*, 1:18-cv-22880-JEM (S.D. Fla. 2018) ($1,017,430 Class Settlement)

- *Gerstenhaber v. Galleria Fitness Club, LLC*, No. 1:18-cv-62108-CMA (S.D. Fla. 2018) ($600,000 Class Settlement)

- *Banks v. Fuccillo Affiliates of Florida, Inc.*, No. 2:19-cv-00227-JES-MRM (M.D. Fla. 2019) ($1,864,260 Class Settlement)

- *Picton v. Greenway Chrysler-Jeep-Dodge, Inc.*, No. 6:19-cv-00196-GAP-DCI (M.D. Fla. 2019) ($2,745,000 Class Settlement)

- *Flores v. Village Ford, Inc.,* No. 2:19-cv-12368-LVP-RSW (E.D. Mich. 2019) ($1,050,000.00 Class Settlement, Pending Final Approval)

- *King v. Classic Chevrolet, Inc.,* No. 4:19-cv-00429 (N.D. Okl. 2019) ($850,000.00 Class Settlement)

- *Jairam v. Colourpop Cosmetics, LLC,* No. 0:19-cv-62438 (S.D. Fla. 2019) ($2,862,191.25 Class Settlement)



# Michael Eisenband

Mr. Eisenband has represented both plaintiffs and defendants in both state and federal courts. He has significant experience with motion practice, oral argument, discovery, mediation, and appellate practice. Prior to opening Eisenband Law, P.A., Mr. Eisenband was an associate at Blank Rome LLP and before that Greenspoon Marder LLP. Prior to opening Eisenband Law, P.A., Mr. Eisenband's practice focused on representing national lenders and mortgage servicers in contractual disputes and consumer protection lawsuits under the Real Estate Settlement Procedures Act, the Fair Credit Reporting Act and the Fair Debt Collection Practices Act.

**Education:**

J.D., University of Miami School of Law – 2010
BBA, University of Miami, Miami Business School – 2006

**Experience:**

Eisenband Law, P.A.: 2018- Present
Blank Rome LLP: 2014-2018
Greenspoon Marder LLP: 2013-2014
Smith Hiatt & Diaz, P.A.: 2011-2013

**Practice Areas:**

Commercial Litigation
Appellate Litigation
Real Estate Litigation
Financial Services Litigation
Class Actions

**Court Admissions:**

Florida
U.S. District Court - Southern District of Florida
U.S. District Court - Northern District of Florida
U.S. District Court - Middle District of Florida

**Recognitions:**

2016-2022, "Florida Rising Star" by Super Lawyers

**Notable Class Cases:**

- *Gerstenhaber v. Galleria Fitness Club, LLC*, No. 1:18-cv-62108-CMA (S.D. Fla. 2018) (Class Settlement);
- *Picton v. Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep*, No. 6:19-cv-196-GAP-DCI (M.D. Fla. 2019) (Class Settlement);
- *Banks v. Fuccillo Aff. of Fl., Inc*. Case No. 2:19-cv-00227-JES-MRM (M.D. Fla. 2019) (Class Settlement).

**SHAMIS & GENTILE, P.A.**
CLASS ACTION LAW FIRM

## Our Firm

Shamis & Gentile, P.A. has and continues to provide outstanding legal services in the Florida, New York, Texas, Georgia, Illinois, Ohio, and Arizona communities. Shamis & Gentile, P.A. distinguishes itself because of our experience and legal resources to handle virtually any case involving class action, mass tort, personalinjury, personal injury protection, and contract disputes. Specifically, as it relates to class actions,Shamis & Gentile, P.A. has filed and litigated thousands of banking, insurance breach of contract, TCPA, deceptive and unfair trade practice, product liability, and data breach lawsuits. At Shamis& Gentile, P.A. our seasoned attorneys are some of the most innovative and progressive attorneysin the profession. Often, Shamis & Gentile, P.A. is called upon to litigate and settle cases that other law firms may not be able to handle on their own.

Shamis & Gentile, P.A is committed to practicing law with the highest level of integrity in an ethical and professional manner. We are a diverse firm with lawyers and staff from all walks of life. Our lawyers and other employees are hired and promoted based on the quality of their work and their ability to treat others with respect and dignity.

## Who We Are

Andrew Shamis is the managing partner at Shamis & Gentile P.A. Mr. Shamis heads the class action and mass torts division of the firm, where his extensive experience in civil litigation has gained him the reputation of an attorney who can deliver where it matters the most, monetary results for his clients. Mr. Shamis has recovered over 500 million dollars for consumers and plaintiffs throughout the country through his relentlessness, expertise, and calculated approach. Mr. Shamis is routinely certified class counsel and has successfully litigated over 10,000 civil cases in his young career.

Mr. Shamis is admitted to practice law in the states of Florida, New York, Georgia, Ohio, Illinois, Arizona, and Texas, as well as the U.S. District Courts for the Southern, Middle, and Northern Districts of Florida, Northern, Eastern, Western, and Southern Districts of New York, Northern and Southern District of Illinois, Eastern and Western Districts of Michigan, Eastern and Western Districts of Wisconsin, Northern District and Southern Districts of Ohio, Eastern and Western Districts of Missouri, Western and Northern Districts of Oklahoma, Northern, Western, Eastern, and Southern District of Texas, Middle District of Tennessee, US District Court of Colorado, and the US District Court of Nebraska.

Mr. Shamis specializes in Consumer Protection Class Action Litigation, Mass Torts, Personal Injury, Personal Injury Protection, Wrongful Death, as well as General Civil Litigation.

Angelica Gentile is a named partner at Shamis & Gentile P.A. Ms. Gentile heads the catastrophic injury, personal injury, and personal injury protection departments of Shamis & Gentile, P.A. Ms. Gentile is recognized throughout the legal community as an extremely professional and efficient attorney. A consistent favorite, clients routinely rave about how well Ms. Gentile works to protect their interests and advocate on their behalf. Ms. Gentile is admitted to practice law in both Florida and Texas and has extensive civil litigation experience, involving hundreds of depositions and motions throughout the state of Florida. Ms. Gentile not only prides herself in collecting millions of dollars in benefits owed to clients, but also in forging long lasting, successful relationships with clients.

Ms. Gentile specializes in Personal Injury, Personal Injury Protection, Class Action Litigation (TCPA, Banking, insurance breach of contract, data breach, unfair and deceptive trade practices), Wrongful Death, Wrongful Termination, as well as General Civil Litigation.

Mariam Grigorian is a partner at Shamis & Gentile, P.A. Mrs. Grigorian's practice involves all aspects of complex, high-level class action litigation. Mrs. Grigorian has extensive experience litigating claims in multiple state and federal jurisdictions across the country involving consumer fraud, deceptive and unfair trade practices, false advertising, insurance, privacy, and complex commercial disputes. Mrs. Grigorian has assisted in litigating hundreds of cases and recovering millions of dollars owed to clients.

Garrett Berg is a partner at Shamis & Gentile, P.A and leads the firms Telephone Consumer Protection department of Shamis & Gentile, P.A. Mr. Berg's practice involves all aspects of federal and state civil litigation with a focus on consumer-protection class action lawsuits. Mr. Berg has been responsible for recovering millions of dollars owed to clients and class members across the nation and has litigated hundreds of cases.

Our staff sets the standard on being innovative and technologically savvy. This innovation and use of fully customized cutting-edge case management software allows us to create an unparalleled level of customer service and attention to detail with our clients, which has led to an exceptional growth rate rarely seen in law firms.

Shamis & Gentile, P.A. has the resources, infrastructure and staff to successfully represent large putative classes. The attorneys and staff are not simply litigators, but directors of creating successful results with the ultimate level of satisfaction by the clients.

## Class Actions

Shamis & Gentile has initiated and served as both lead counsel and co-lead counsel in hundreds of class actions, many of which have generated internet articles. Currently, the firm serves as lead counsel of co-counsel on over 100 class action lawsuits. The lawsuits range from all Districts of Florida to the Central District of California. Shamis & Gentile, P.A. has also successfully settled many Class Action cases prior to verdict.

## Prominent Class Action Settlements

Over the years, Shamis & Gentile attorneys have obtained outstanding results in some of the most well-known cases.

- *Albrecht v. Oasis Power, LLC*, No. 1:18-cv-1061 (N.D. Ill. 2018) ($7,000,000.00 Class Settlement)

- *Avila-Preciado v. Horace Mann Property and Casualty Insurance Company*, No. 19-CA-004683 (20th Judicial Circuit, Lee County) ($150,000.00 Class Settlement)

- *Bellenger v. Accounts Receivable Management, Inc.*, No. 19-cv-60205-DIMITROULEAS (S.D. Fla. 2019) ($425,000.00 Class Settlement)

- *Bloom v. Jenny Craig, Inc.*, No. 1:18-cv-21820-KMM, 2018 U.S. Dist. LEXIS 151686 (S.D. Fla. 2018) ($3,000,000.00 Class Settlement)

- *Bracero, et. al. v. Mendota Insurance Company*, No. 19-CA-015886 (11th Judicial Circuit, Miami-Dade County) ($790,000.00 Class Settlement)

- *Cortazar v. CA Management Services Parent, LLC*, No. 19-cv-22075 (S.D. Fla. 2019) ($1,500,000.00 Class Settlement)

- *Cruz-Santiago v. Amica Mutual Insurance Company*, No. 19-CA-006930 (13th Judicial Circuit, Hillsborough County) ($464,168.00 Class Settlement)

- *DeFranks v. Nastygal.com USA Inc.*, No. 19-cv-23028-DPG (S.D. Fla. 2019) ($4,025,000 Class Settlement)

- *Deleon III, et. al. v. Direct General Insurance Company, et. al.* No. 19-CA-001636 (9th Judicial Circuit, Osceola County) ($2,450,000 Class Settlement)

- *Dipuglia v. US Coachways, Inc.*, No. 17-23006-Civ, 2018 U.S. Dist. LEXIS 72551 (S.D. Fla. 2018) ($2,600,000.00 Class Settlement)

- *Dunleavey v. Sunrise Detox III, LLC*, No. 18-cv-25090 (S.D. Fla. 2018) ($500,000.00 Class Settlement)

- *Eisenband v. Schumacher Automotive, Inc.*, No. 18-cv-01061 (S.D. Fla 2018) ($5,000,000.00 Class Settlement)

- *Flores v. Village Ford, Inc.*, No. 2:19-CV-12368 (E.D. Mich. 2019) ($1,050,000.00 Class Settlement)

- *Gottlieb v. Citgo Corporation*, No. 16-cv-81911 (S.D. Fla. 2016) ($8,300,000.00 Class Settlement)

- *Halperin v. YouFit Health Clubs, LLC*, No. 18-CV-61722-WPD (S.D. Fla. 2018) ($1,418,635.00 Class Settlement)

- *Hindes v. Ohio Mutual Insurance Company*, No. 20CV007627 (Franklin County, OH) ($1,875,000.00 Class Settlement)

- *Jacques, et. al. V. Security National Insurance Company*, No. CACE-19-002236 (17th Judicial Circuit, Broward County) ($6,000,000.00 Class Settlement)

- *Jones v. Washington State Employee's Credit Union*, No. 20-2-06596-5 (Superior Court of the State of Washington County of Pierce) ($2,400,000.00 Class Settlement)

- *King v. Classic Chevrolet, Inc. et al.*, No. 4:19-cv-00429-CVE-JFJ (N.D. Okla. 2019) ($850,000.00 Class Settlement)

- *Locke v. Nationwide Insurance Company of America*, No. 19-12148 CIDL (Fla. 7th Cir. Ct.) ($540,000.00 Class Settlement)

- *Marengo v. Miami Resch. Assocs., LLC*, No. 1:17-cv-20459-KMW, 2018 U.S. Dist. LEXIS 122098 (S.D. Fla. 2018) ($1,236,300.00 Class Settlement)

- *McGowan v. First Acceptance Insurance Company, Inc.*, No. 21-CA-004864 (Fla. 9th Cir. Ct.) ($2,200,000.00 Class Settlement)

- *Mclean v. Brett A. Osborn, D.O., PLLC*, No. 18-cv-81222-DMM (S.D. Fla. 2018) ($800,000.00 Class Settlement)

- *Ostendorf v. Grange Indem. Ins. Co.*, No. 2:19-CV-1147 (S.D. Ohio 2020) ($12,000,000.00 Class Settlement)

- *Papa v. Greico Ford Fort Lauderdale, LLC*, No. 1:18-cv-21897 (S.D. Fla. 2018) ($4,800,000.00 Class Settlement)

- *Patterson v. McCarthy Ford, Inc.*, No. 2020-CH-07042 (Circuit Court of Cook County, Illinois County Department, Chancery Division) ($1,870,000.00 Class Settlement)

- *Pena v. John C. Heath, Attorney at Law, PLLC, d/b/a Lexington Law Firm*, No. 18-cv-24407-UU (S.D. Fla. 2018) ($11,450,863.00 Class Settlement)

- *Petit Beau, et. al., v. Ocean Harbor Casualty Insurance Company*, No. CACE-18-029268 (17th Judicial Circuit, Broward County) ($4,500,000.000 Class Settlement)

- *Picton v. Greenway Chrysler-Jeep-Dodge Inc. d/b/a Greenway Dodge Chrysler Jeep*, No. 19-cv-00196-GAP-DCI (M.D. Fla. 2019) ($2,745,000.00 Class Settlement)

- *Poierier v. Cubamax Travel Inc.*, No. 1:18-cv-231240 (S.D. Fla. 2018) ($808,734.00 Class Settlement)

- *Prieto v. Crete Carrier Corporation*, No. 19-CV-60903-BB (S.D. Fla. 2019) ($600,000.00 Class Settlement)

- *Rattner v. Tribe App. Inc.*, No. 17-cv-21344, 2017 U.S. Dist. LEXIS 198517 (S.D. Fla. 2017) ($200,000.00 Class Settlement)

- *Robley v. IDS Property Casualty Insurance Company*, No. 2019-022263-CA-10 (11th Judicial Circuit, Miami-Dade County) ($105,000.00 Class Settlement)

- *Smart, et. al. v. Auto Club Insurance Company of Florida, et. al.*, No. 19-CA-005580 (13th Judicial Circuit, Hillsborough County) ($780,000.00 Class Settlement)

- *Suarez v. MAPFRE Insurance Company of Florida*, No. 19-02729-CA-01 (11th Judicial Circuit, Miami-Dade County) ($633,525.25 Class Settlement)

- *Whitworth v. HH Entm't, Inc.*, No. 9:17-cv-80487-KAM, 2018 U.S. Dist. LEXIS 112223 (S.D. Fla. 2018) ($750,000.00 Class Settlement)

- *Wijesinha v. Susan B. Anthony List, Inc.* No. 18-cv-22880 (S.D. Fla. 2018) ($1,017,430.00 Class Settlement)

## More About Shamis & Gentile, P.A.

To learn more about our firm, please visit www.shamisgentile.com, or view links to our blogs at https://www.sflinjuryattorneys.com/blog/.