**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLEY INGRAM,<br>Individually and on behalf of all others similarly situated<br><br>        Plaintiff,<br><br>v.<br><br>JAMESTOWN IMPORT AUTO SALES<br>d/b/a KIA OF JAMESTOWN,<br><br>        Defendants. | Case No.: 1:22-cv-00309-WMS<br><br>Hon. Judge William M. Skretny<br>Hon. Magistrate Judge Leslie F. Foschio<br><br>**CLASS ACTION** |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL DECLARATION ON IMPLEMENTATION OF NOTICE PLAN**

Plaintiff, Kimberley Ingram, through her undersigned counsel, hereby files the attached Supplemental Declaration on Implementation of Notice Plan ("Supplemental Declaration") as **Exhibit A**.

As stated in the Supplemental Declaration, there have been no requests for exclusion from the Settlement and no objections to the Settlement. The deadlines for objection and/or exclusion were both on May 8, 2023.

Dated: June 2, 2022

Respectfully submitted,

**EISENBAND LAW, P.A.**
515 E. Las Olas Boulevard, Suite120
Ft. Lauderdale, Florida 33301
*/s/ Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
Email: MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092

1